1

2

THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road
Pleasanton, CA 94588
Telephone: (510) 782-7580
Facsimile: (925) 3973042
Email: email@thompsongarcialaw.com

3

4

5

6

7

8

JESSE J. GARCIA (SB: 61223)
AUSTIN M. THOMPSON (SB: 229924)
Attorneys for Defendant,
ALPHONSO A. JIMENEZ

9

10

IN THE UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

19

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | CASE NO.: 1:22-CR-00074-JLT-SKO |
| | ) | |
| Plaintiffs, | ) | STIPULATION AND ORDER |
| | ) | MODIFYING CONDITIONS |
| v. | ) | OF RELEASE |
| | ) | |
| ALPHONSO A. JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

20

21

22

23

Defendant, Alphonso A. Jimenez, seeks a modification of the conditions of release

permitting the defendant's curfew to be extended and modified to 10:30 p.m., allowing defendant

time attend night school and narcotics anonymous meetings.

24

25

26

U.S. Pretrial Services Officer Darryl Walker and Assistant United States Attorney,

Antonio Pataca, jointly stipulate and respectfully request the Court to modify the conditions of

27

28

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
U.S.A. V. ALPHONSO A. JIMENEZ, CASE NO.:  1:22-CR-00074-JLT-SKO - 1

release permitting the defendant's curfew to be extended and modified to 10:30 p.m. in order to

accommodate for him to attend school and narcotics anonymous meetings.


        IT IS SO STIPULATED:



Dated: <u>October 14, 2022</u>                    Respectfully submitted,



                                        <u>/S/ JESSE J. GARCIA</u>
                                        JESSE J. GARCIA
                                        Attorney for Defendant
                                        ALPHONSO JIMENEZ



Dated: <u>October 14, 2022</u>

                                        <u>/s/ANTONIO PATACA</u>
                                        ANTONIO PATACA
                                        Assistant United States Attorney
                                        (Authorized to sign on behalf of
                                        Antonio Pataca on October 14, 2022)



Dated: <u>October 14, 2022</u>


                                        <u>/s/DARRYL WALKER</u>
                                        DARRYL WALKER
                                        United States Pretrial Officer
                                        (Authorized to sign on behalf of
                                        Darryl Walker on Ocotber14, 2022)


STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
U.S.A. V. ALPHONSO A. JIMENEZ, CASE NO.:  1:22-CR-00074-JLT-SKO - 2

**ORDER**

The Court hereby changes the conditions of release permitting defendant, Alphonso A. Jimenez's curfew to be extended and modified to 10:30 p.m. in order to accommodate for him to attend school and narcotics anonymous meetings.

IT IS SO ORDERED:

DATED: 10/17/2022                        _Sheila K. Oberto_____

SHEILA K. OBERTO
United States District Judge