THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road
Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580/(925) 201-3130
Facsimile: (925) 397-3042
Email: email@thompsongarcialaw.com

JESSE J. GARCIA(SB#61223)
AUSTIN M. THOMPSON (SB#229924)
Attorneys for Defendant
ALPHONSO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:22-cr-00074-JLT-SKO-2 |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO TRAVEL |
| ) | |
| ALPHONSO JIMENEZ, ) | |
| ) | |
| Defendant. ) | |
| _____/ ) | |

   Defendant, Alphonso Jimenez has requested permission to travel to Contra Costa County, State of California to attend his fiancée, Vanessa Sanchez=s cousin=s wedding, Giselle Alonso, and Ernesto Gutierrez.  Dates being requested are from April 28th, 2023, at 10:00 a.m. for the rehearsal and rehearsal dinner, through April 30th, 2023, by 5:00 p.m. Defendant, Jimenez will be traveling with his fiancée, Vanessa Sanchez and her parents, Ignacio and Maria Sanchez.  The wedding will be held on April 29th, 2023 at the Bridges Golf Club located at 900 South Gale Ridge Road in the City of San Ramon, and defendant will be staying at the Marriott Hotels & Resort located at 2600 Bishop Drive, in the City of San Ramon, from April 28th, 2022, through April 30th, 2023.

   Itinerary confirmation and wedding invitation are attached herewith as exhibit "1."

Assistant United States Attorney, Antonio Pataca, and United States Pretrial Services Officer, Lorena Gallagher, have been notified of this request to travel on the above-referenced dates and they have no objection to defendant traveling unmonitored until his return home.

Dated: April 17, 2023                 /s/JESSE J. GARCIA
                                      JESSE J. GARCIA
                                      Attorney for Defendant,
                                      ALPHONSO JIMENEZ

Dated: April 17, 2023                  /s/ANTONIO PATACA
                                      ANTONIO PATACA
                                      Assistant United States Attorney
                                      Authorized to sign on behalf of Antonio
                                      Pataca on April 17, 2023

Dated: April 17, 2023                 /s/LORENA GALLAGHER
                                      LORENA GALLAGHER
                                      Pretrial Services Officer
                                      Authorized to sign on behalf of
                                      Lorena Gallaher on April 17, 2023

THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road
Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580/(925) 201-3130
Facsimile: (925) 397-3042
Email: email@thompsongarcialaw.com


JESSE J. GARCIA(SB#61223)
AUSTIN M. THOMPSON (SB#229924)
Attorneys for Defendant
ALPHONSO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:22-cr-00074-JLT-SKO-2 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO TRAVEL |
| ALPHONSO JIMENEZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the defendant be permitted to travel unmonitored to Contra Costa County, State of California, from April 28th, 2023, at 10:00 a.m., through April 30th, 2022, by 5:00 p.m., subject to the perimeters outlined in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **April 18, 2023**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE