THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road, Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580/(925) 201-3130
Facsimile: (925) 397-3042
Email: email@thompsongarcialaw.com

JESSE J. GARCIA (SB# 61229)
AUSTIN M. THOMPSON (SB# 229924)
Attorneys for Defendant
ALPHONSO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO.: 1:22-CR-00074-JLT |
| ) | |
| Plaintiffs, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE THE |
| v. ) | SENTENCING HEARING CURRENTLY |
| ) | SCHEDULED FOR MAY 30, 2023 |
| ALPHONSO JIMENEZ, ) | |
| ) | |
| Defendant ) | |
| _____/ ) | |

Alphonso Jimenez, by and through his counsel, Jesse J. Garcia, and the United States Attorney's Office, by and through its counsel, Antonio Pataca, Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the Sentencing hearing presently set for May 30, 2023, at 10:00 am to August 28, 2023, at 10:00 am.

Megan D. Pascual, Senior United States Probation Officer also hereby stipulates to this continuance.

//

U.S.A. VS. ALPHONSO JIMENEZ, CASE NO.: 1:22-CR-00074-JLT
STIPULATION AND [PROPOSED] ORDER TO COTINUE SENTENCING HEARING

SO STIPULATED:

Dated: May 22, 2023                    Respectfully submitted,


                                                       /s/Jesse J. Garcia
                                                      JESSE J. GARCIA
                                                      Attorney for Defendant
                                                      ALPHONSO JIMENEZ


Dated: May 22, 2023                    /s/ Antonio Pataca
                                                      ANTONIO PATACA
                                                      Assistant United States Attorney


Dated: May 22, 2023                    /s/ Megan D. Pascual
                                                      MEGAN D. PASCUAL
                                                      Senior United States Probation Officer


## ORDER

The Court hereby changes the scheduled Sentencing hearing from May 30, 2023, at 10:00 am to August 28, 2023, at 10:00 am.


       IT IS SO ORDERED.

                                                  Dated: _____
                                                            UNITED STATES DISTRICT JUDGE