1  THOMPSON GARCIA
   ATTORNEYS AT LAW
2  5776 Stoneridge Mall Road, Suite 390
3  Pleasanton, CA 94588
   Telephone: (510) 782-7580/(925) 201-3130
4  Facsimile: (925) 397-3042
   Email: email@thompsongarcialaw.com
5

6
   JESSE J. GARCIA (SB# 61229)
7  AUSTIN M. THOMPSON (SB# 229924)
   Attorneys for Defendant
8  ALPHONSO JIMENEZ

9

10            IN THE UNITED STATES DISTRICT COURT

11         EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

12

13 THE UNITED STATES OF AMERICA,    )   CASE NO.: 1:22-CR-00074-JLT
                                    )
14         Plaintiffs,               )   STIPULATION AND ORDER
                                    )   TO CONTINUE THE SENTENCING
15 v.                               )   HEARING CURRENTLY
                                    )   SCHEDULED FOR AUGUST 28, 2023
16                                  )
   ALPHONSO JIMENEZ,                )
17                                  )
                                    )
18         Defendant                 )
   _____/ )
19
       Alphonso Jimenez, by and through his counsel, Jesse J. Garcia, and the United States
20
   Attorney's Office, by and through its counsel, Antonio Pataca, Assistant United States Attorney,
21
22 jointly stipulate and respectfully request the Court to reset the Sentencing hearing presently set

23 for August 28, 2023, at 9:00 am to October 30, 2023, at 9:00 am.
24 //
25

26

27

28
   U.S.A. VS. ALPHONSO JIMENEZ, CASE NO.: 1:22-CR-00074-JLT
   STIPULATION AND [PROPOSED] ORDER TO COTINUE SENTENCING HEARING

SO STIPULATED:

Dated: August 14, 2023               Respectfully submitted,

                                         /s/Jesse J. Garcia
                                         JESSE J. GARCIA
                                         Attorney for Defendant
                                         ALPHONSO JIMENEZ

Dated: August 14, 2023               /s/ Antonio Pataca
                                         ANTONIO PATACA
                                       Assistant United States Attorney
                                       (Authorized to sign on behalf of Antonio Pataca
                                       on August 14, 2023)

### ORDER

The Court hereby changes the scheduled Sentencing hearing from August 28, 2023, at 9:00 am to October 30, 2023, at 9:00 a.m.

IT IS SO ORDERED.

Dated: August 21, 2023               _____
                                         UNITED STATES DISTRICT JUDGE

U.S.A. VS. ALPHONSO JIMENEZ, CASE NO.: 1:22-CR-00074-JLT
STIPULATION AND [PROPOSED] ORDER TO COTINUE SENTENCING HEARING