THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road
Pleasanton, CA 94588
Telephone: (510) 782-7580
Facsimile: (925) 3973042
Email: email@thompsongarcialaw.com

JESSE J. GARCIA (SB: 61223)
AUSTIN M. THOMPSON (SB: 229924)
Attorneys for Defendant,
ALPHONSO A. JIMENEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO.: 1:22-CR-00074-JLT-SKO |
| ) | |
| Plaintiffs, ) | STIPULATION AND |
| ) | ORDER MODIFYING CONDITIONS |
| v. ) | OF RELEASE |
| ) | |
| ALPHONSO A. JIMENEZ, ) | |
| ) | |
| Defendant. ) | |
| _____/ ) | |

    Defendant, Alphonso A. Jimenez, seeks a modification of the conditions of release permitting the defendant's curfew to be extended and modified to midnight (12:00 a.m.).

    Defendant continues to be in compliance with Pretrial Supervision.

    U.S. Pretrial Services Officer Lorena Gallagher and Assistant United States Attorney, Antonio Pataca, jointly stipulate and respectfully request the Court to modify the conditions of release permitting the defendant's curfew to be extended and modified to 12:00 a.m.

SO STIPULATED:

Dated: August 29, 2023                    Respectfully submitted,


                                          /S/ JESSE J. GARCIA
                                          JESSE J. GARCIA
                                          Attorney for Defendant
                                          ALPHONSO JIMENEZ


Dated: August 29, 2023                    /S/ANTONIO PATACA
                                          ANTONIO PATACA
                                          Assistant United States Attorney
                                          (Authorized to sign on behalf of
                                          Antonio Pataca on August 29, 2023)


Dated: August 29, 2023                    /S/DARRYL WALKER
                                          DARRYL WALKER
                                          United States Pretrial Officer
                                          (Authorized to sign on behalf of
                                          Darryl Walker on August 29, 2023)

## ORDER

The Court hereby changes the conditions of release permitting defendant, Alphonso A. Jimenez's curfew to be extended and modified to 12:00 a.m.

IT IS SO ORDERED:

DATED: 8/30/2023

                                          *Sheila K. Oberto*
                                          SHEILA K. OBERTO
                                          United States District Judge