THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road, Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580/(925) 201-3130
Facsimile: (925) 397-3042
Email: email@thompsongarcialaw.com

JESSE J. GARCIA (SB# 61229)
AUSTIN M. THOMPSON (SB# 229924)
Attorneys for Defendant
ALPHONSO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO.: 1:22-CR-00074-JLT |
| ) | |
| Plaintiffs, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER TO CONTINUE THE |
| v. ) | SENTENCING HEARING CURRENTLY |
| ) | SCHEDULED FOR OCTOBER 30, 2023 |
| ALPHONSO JIMENEZ, ) | |
| ) | |
| Defendant ) | |
| _____/ ) | |

  Alphonso Jimenez, by and through his counsel, Jesse J. Garcia, and the United States Attorney's Office, by and through its counsel, Antonio Pataca, Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the Sentencing hearing presently set for October 30, 2023, at 9:00 am to December 18, 2023, at 9:00 a.m.

  The parties jointly agree and request that the matter be continued due to defense counsel's scheduling conflict and to further give the parties additional time to prepare for the sentencing.

U.S.A. VS. ALPHONSO JIMENEZ, CASE NO.: 1:22-CR-00074-JLT
STIPULATION AND [~~PROPOSED~~] ORDER TO COTINUE SENTENCING HEARING

SO STIPULATED:

Dated: October 24, 2023                     Respectfully submitted,


                                        /s/Jesse J. Garcia
                                        JESSE J. GARCIA
                                        Attorney for Defendant
                                        ALPHONSO JIMENEZ


Dated: October 24, 2023                     /s/ Antonio Pataca
                                        ANTONIO PATACA
                                        Assistant United States Attorney
                                        (Authorized to sign on behalf of Antonio Pataca
                                        on October 24, 2023)


## [~~PROPOSED~~] ORDER

The Court hereby changes the scheduled Sentencing hearing from October 30, 2023, at 10:00 a.m. to December 18, 2023, at 10:00 a.m.


IT IS SO ORDERED.

Dated:  October 24, 2023                             _____
                                                              UNITED STATES DISTRICT JUDGE

U.S.A. VS. ALPHONSO JIMENEZ, CASE NO.: 1:22-CR-00074-JLT
STIPULATION AND [~~PROPOSED~~] ORDER TO COTINUE SENTENCING HEARING