THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road, Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580/(925) 201-3130
Facsimile: (925) 397-3042
Email: email@thompsongarcialaw.com

JESSE J. GARCIA (SB# 61229)
AUSTIN M. THOMPSON (SB# 229924)
Attorneys for Defendant
ALPHONSO JIMENEZ

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br><br>        Plaintiffs,        )<br><br>v.                            )<br><br>ALPHONSO JIMENEZ,            )<br><br>        Defendant          )<br>_____ ) | CASE NO.: 1:22-CR-00074-JLT<br><br>STIPULATION AND ORDER<br>TO CONTINUE THE SENTENCING<br>HEARING CURRENTLY<br>SCHEDULED FOR DECEMBER 18, 2023 |

        Alphonso Jimenez, by and through his counsel, Jesse J. Garcia, and the United States

Attorney's Office, by and through its counsel, Antonio Pataca, Assistant United States Attorney,

jointly stipulate and respectfully request the Court to reset the Sentencing hearing presently set

for December 18, 2023, at 9:00 a.m. to February 5, 2024, at 9:00 a.m.

        The parties jointly agree and request that the matter be continued to permit the parties

additional time to prepare for the sentencing.

U.S.A. VS. ALPHONSO JIMENEZ, CASE NO.: 1:22-CR-00074-JLT
STIPULATION AND [PROPOSED] ORDER TO COTINUE SENTENCING HEARING

SO STIPULATED:


Dated: December 7, 2023                    Respectfully submitted,


                                           /s/Jesse J. Garcia
                                           JESSE J. GARCIA
                                           Attorney for Defendant
                                           ALPHONSO JIMENEZ


Dated: December 7, 2023                    /s/ Antonio Pataca
                                           ANTONIO PATACA
                                           Assistant United States Attorney
                                           (Authorized to sign on behalf of Antonio Pataca
                                           on December 7, 2023)


                                      ORDER

       The Court hereby changes the scheduled Sentencing hearing from December 18, 2023,

at 9:00 a.m. to February 5, 2024, at 10:00 a.m.


              IT IS SO ORDERED.

       Dated:  December 7, 2023

                                           UNITED STATES DISTRICT JUDGE

U.S.A. VS. ALPHONSO JIMENEZ, CASE NO.: 1:22-CR-00074-JLT
STIPULATION AND [PROPOSED] ORDER TO COTINUE SENTENCING HEARING