PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALPHONSO JIMENEZ,<br><br>Defendant. | CASE NO. 1:22-CR-00074-JLT-SKO-2<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |

  Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel, hereby stipulate as follows:

  1.  By previous order, this matter was set for sentencing on February 5, 2024.

  2.  By this stipulation, defendant now moves to continue the sentencing hearing from February 5, 2024, to August 5, 2024. A time exclusion is not required as the defendant has already pleaded guilty.

  IT IS SO STIPULATED.


 Dated:  January 16, 2024                                    PHILLIP A. TALBERT
                                                             United States Attorney


                                                             /s/ ANTONIO J. PATACA
                                                             ANTONIO J. PATACA
                                                             Assistant United States Attorney

1

Dated:  January 16, 2024         /s/ AUSTIN THOMPSON
                                 AUSTIN THOMPSON
                                 Counsel for Defendant
                                 ALPHONSO JIMENEZ

**ORDER**

Based upon the stipulation of the parties, the sentencing hearing set for February 5, 2024, is continued to August 5, 2024.

IT IS SO ORDERED.

Dated:   **January 17, 2024**

UNITED STATES DISTRICT JUDGE

2