PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALPHONSO JIMENEZ, <br><br> Defendant. | CASE NO. 1:22-CR-00074-JLT-SKO-2 <br><br> STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER |

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel, hereby stipulate as follows:

   1.   By previous order, this matter was set for sentencing on August 12, 2024.

   2.   Counsel for the government is unavailable on August 12, 2024. Additionally, the parties need additional time to prepare for sentencing.

   3.   By this stipulation, defendant now moves to continue the sentencing hearing from August 12, 2024, to August 26, 2024. A time exclusion is not required as the defendant has already pleaded guilty.

   IT IS SO STIPULATED.

1

Dated: July 8, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: July 8, 2024

/s/ AUSTIN THOMPSON
AUSTIN THOMPSON
Counsel for Defendant
ALPHONSO JIMENEZ

**ORDER**

IT IS ORDERED that the sentencing hearing set for August 12, 2024, is continued to August 26, 2024.

IT IS SO ORDERED.

Dated:   **July 8, 2024**

UNITED STATES DISTRICT JUDGE