PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>          v.<br><br>ALPHONSO JIMENEZ,<br><br>                            Defendant. | CASE NO. 1:22-CR-00074-JLT-SKO-2<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER |

      Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel, hereby stipulate as follows:

      1.     By previous order, this matter was set for sentencing on August 26, 2024.

      2.     By this stipulation, defendant now moves to continue the sentencing hearing from August 26, 2024, to November 4, 2024. A time exclusion is not required as the defendant has already pleaded guilty.

      IT IS SO STIPULATED.

Dated: August 19, 2024                                PHILLIP A. TALBERT
                                                                  United States Attorney

                                                                  /s/ ANTONIO J. PATACA
                                                                  ANTONIO J. PATACA
                                                                  Assistant United States Attorney

Dated:  August 19, 2024                              /s/ AUSTIN THOMPSON
                                                     AUSTIN THOMPSON
                                                     Counsel for Defendant
                                                     ALPHONSO JIMENEZ

**ORDER**

 IT IS ORDERED that the sentencing hearing set for August 26, 2024, is continued to November 4, 2024.

IT IS SO ORDERED.

Dated:   **August 20, 2024**                         _____
                                                     UNITED STATES DISTRICT JUDGE

2