PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALPHONSO JIMENEZ,<br><br>Defendant. | CASE NO. 1:22-CR-00074-JLT-SKO-2<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 4, 2024.

2. By this stipulation, defendant now moves to continue the sentencing hearing from November 4, 2024, to November 25, 2024. A time exclusion is not required as the defendant has already pleaded guilty.

IT IS SO STIPULATED.

Dated: October 8, 2024                                        PHILLIP A. TALBERT
                                                              United States Attorney


                                                              /s/ ANTONIO J. PATACA
                                                              ANTONIO J. PATACA
                                                              Assistant United States Attorney

1

Dated:  October 8, 2024

/s/ AUSTIN THOMPSON
AUSTIN THOMPSON
Counsel for Defendant
ALPHONSO JIMENEZ

**ORDER**

IT IS ORDERED that the sentencing hearing set for November 4, 2024, is continued to November 25, 2024.

IT IS SO ORDERED.

Dated:   **October 8, 2024**

UNITED STATES DISTRICT JUDGE