PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00074-JLT-SKO-2 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER |
| v. | |
| ALPHONSO JIMENEZ, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 24, 2024.

2. By this stipulation, defendant now moves to continue the sentencing hearing from November 25, 2024, to January 27, 2025. A time exclusion is not required as the defendant has already pleaded guilty.

IT IS SO STIPULATED.

Dated: November 18, 2024                    PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ ANTONIO J. PATACA
                                            ANTONIO J. PATACA
                                            Assistant United States Attorney

1

Dated: November 18, 2024

/s/ AUSTIN THOMPSON
AUSTIN THOMPSON
Counsel for Defendant
ALPHONSO JIMENEZ

**ORDER**

IT IS ORDERED that the sentencing hearing set for November 25, 2024, is continued to January 27, 2025.

IT IS SO ORDERED.

Dated: **November 19, 2024**

UNITED STATES DISTRICT JUDGE

2