```
1:22THOMPSON 1 LEGAL
ATTORNEY AT LAW
11844 DUBLIN BLVD., SUITE A
DUBLIN, CA 94568
TELEPHONE: (510) 244-3226
EMAIL: AUSTIN@THOMPSON1LEGAL.COM

AUSTIN M. THOMPSON, ESQ. (SB#229924)
ATTORNEY FOR DEFENDANT,
ALPHONSO JIMENEZ
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALPHONSO JIMENEZ,<br><br>　　　　Defendant | Case No.: 1:22-CR-00074-JLT-SKO-2<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER |

　　　　Alphonso Jimenez, by and through his counsel, Austin Thompson, and the United States Government, by and through its counsel, Antonio Pataca, Assistant United States Attorney, hereby stipulate as follows:

　　　　1. By previous order, this matter was set for sentencing on February 24, 2025.

　　　　2. By this stipulation, defendant now moves to continue the sentencing hearing from February 24, 2025, to March 24, 2025. A time exclusion is not required as the defendant has already pleaded guilty.

　　　　IT IS SO STIPULATED.

///

///

1:22-CR-00074-JLT-SKO-2
STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER - 1

DATED: February 13, 2025,                    Respectfully submitted,


       /s/ AUSTIN THOMPSON
Attorney for Defendant
ALPHONSO JIMENEZ


DATED: February 13, 2025,                    Respectfully submitted,


       /s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney


## ORDER

IT IS ORDERED that the sentencing hearing set for February 24, 2025, is continued to March 24, 2025.


       IT IS SO ORDERED.

Dated: 2/14/2025

                                                   UNITED STATES DISTRICT JUDGE