MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00074-JLT-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ALPHONSO A. JIMENEZ, | |
| Defendant. | |

On February 21, 2023, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Alphonso A. Jimenez, forfeiting to the United States the following property:

    a.  Approximately $12,450.00 in U.S. Currency, plus all accrued interest.

Beginning on March 5, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

     a. Vanessa Sanchez: On March 13, 2023, a notice letter was sent via certified mail to Vanessa Sanchez at 4530 Rialto Place, Stockton, CA 95207. The PS Form 3811 (certified mail "green card" showing delivery of mail) was returned to the U.S. Attorney's Office unsigned and undated. The envelope was not returned to the U.S. Attorney's Office. The USPS Tracking Results show delivery was made on March 17, 2023.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Alphonso A. Jimenez and Vanessa Sanchez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **March 31, 2025**

                                                                  UNITED STATES DISTRICT JUDGE