AUSTIN M. THOMPSON
THOMPSON 1 LEGAL
11844 Dublin Blvd., Suite A
Dublin, California 94568
Telephone: (510) 244-3226
Email: Austin@thompson1legal.com

AUSTIN M. THOMPSON (SB#229924)
Attorney for Defendant,
ALPHONSO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:22-CR-00074-JLT-SKO-2 |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SURRENDER DATE |
| ALPHONSO JIMENEZ, | |
| Defendant | |

　　　　Alphonso Jimenez, by and through his counsel, Austin Thompson, and the United States Government, by and through its counsel, Antonio Pataca, Assistant United States Attorney, hereby stipulate as follows:

　　　　1. By order of the court, the defendant was set to surrender on May 12, 2025.

　　　　2. By this Stipulation and Order, defendant may be permitted to surrender on August 11, 2025, at FCI Lompoc, no later than noon. This extension is necessary to allow the defendant to address ongoing medical issues.

　　　　IT IS SO STIPULATED.

///

///

1:22-CR-00074-JLT-SKO-2
STIPULATION TO CONTINUE SURRENDER DATE - 1

DATED: May 9, 2025,                      Respectfully submitted,

                                   /s/ AUSTIN THOMPSON
                                   Attorney for Defendant
                                   ALPHONSO JIMENEZ

DATED: May 9, 2025,                      Respectfully submitted,

                                   /s/ ANTONIO J. PATACA
                                   ANTONIO J. PATACA
                                   Assistant United States Attorney

**ORDER**

IT IS ORDERED that the defendant's surrender date to Federal Prison be extended to August 11, 2025, at noon.

IT IS SO ORDERED

Dated: May 9, 2025                      _____
                                            UNITED STATES DISTRCIT JUDGE